**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

| | |
|---|---|
| In re: EKBERG, LERRY A       § | Case No. 12-82198 |
| EKBERG, SENA B       § | |
| § | |
| Debtor(s)       § | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATIONS FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

   Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that JOSEPH D. OLSEN                         , trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

   The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
   327 South Church Street, Room #1100
   Rockford, IL 61101

   Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 09:30am on 03/11/2013 in Courtroom 3100, United States Courthouse, 327 South Court Street, #3100
Rockford, IL 61101.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Dated :  01/22/2013          By:  /s/JOSEPH D. OLSEN
                                                                                             Trustee

JOSEPH D. OLSEN
1318 EAST STATE STREET
ROCKFORD, IL  61104-2228
(815) 965-8635
JOlsenlaw@comcast.net

**UST Form 101-7-NFR (10/1/2010)**

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# WESTERN DIVISION

In re: EKBERG, LERRY A § Case No. 12-82198
　　　　EKBERG, SENA B §
　　　　　　　　　　　　　§
Debtor(s) §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $ 15,414.08 |
| *and approved disbursements of* | $ 0.00 |
| *leaving a balance on hand of* [1] | $ 15,414.08 |
| **Balance on hand:** | $ 15,414.08 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

| | |
|---|---|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 15,414.08 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - JOSEPH D. OLSEN | 2,291.41 | 0.00 | 2,291.41 |
| Trustee, Expenses - JOSEPH D. OLSEN | 22.50 | 0.00 | 22.50 |

| | |
|---|---|
| Total to be paid for chapter 7 administration expenses: | $ 2,313.91 |
| Remaining balance: | $ 13,100.17 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

| | | |
|---|---|---|
| Total to be paid for prior chapter administrative expenses: | $ | 0.00 |
| Remaining balance: | $ | 13,100.17 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $573.02 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 3P | Internal Revenue Service | 573.02 | 0.00 | 573.02 |

| | | |
|---|---|---|
| Total to be paid for priority claims: | $ | 573.02 |
| Remaining balance: | $ | 12,527.15 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 30,839.03 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 40.6 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | GE Capital Retail Bank | 1,008.86 | 0.00 | 409.81 |
| 2 | Discover Bank | 3,643.48 | 0.00 | 1,480.02 |
| 3U | Internal Revenue Service | 68.56 | 0.00 | 27.85 |
| 4 | Midland Funding | 159.88 | 0.00 | 64.94 |
| 5 | GE Capital Retail Bank | 2,017.65 | 0.00 | 819.59 |
| 6 | FIA CARD SERVICES, N.A. | 7,417.18 | 0.00 | 3,012.94 |
| 7 | FIA CARD SERVICES, N.A. | 3,937.31 | 0.00 | 1,599.38 |
| 8 | PYOD, LLC its successors and assigns as assignee | 9,601.06 | 0.00 | 3,900.06 |
| 9 | Capital One, N.A. | 2,985.05 | 0.00 | 1,212.56 |

**UST Form 101-7-NFR (10/1/2010)**

| | Total to be paid for timely general unsecured claims: | $ | 12,527.15 |
|---|---|---|---|
| | Remaining balance: | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | Total to be paid for tardy general unsecured claims: | $ | 0.00 |
|---|---|---|---|
| | Remaining balance: | $ | 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | Total to be paid for subordinated claims: | $ | 0.00 |
|---|---|---|---|
| | Remaining balance: | $ | 0.00 |

Prepared By: /s/JOSEPH D. OLSEN
Trustee

JOSEPH D. OLSEN
1318 EAST STATE STREET
ROCKFORD, IL 61104-2228
(815) 965-8635
JOlsenlaw@comcast.net

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                  Case No. 12-82198-TML
Lerry A Ekberg                                                          Chapter 7
Sena B Ekberg
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0752-3         User: vgossett           Page 1 of 3         Date Rcvd: Jan 29, 2013
                             Form ID: pdf006          Total Noticed: 27

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 31, 2013.
```
db/jdb     +Lerry A Ekberg,   Sena B Ekberg,   2810 Crystal Lake Road,   Cary, IL 60013-1293
18989934   +Bank of America,   POB 982238,   El Paso, TX 79998-2238
18989935   +Bank of America Home Loan,   450 American St SV,   Simi Valley, CA 93065-6285
19553026    Capital One, N.A.,   c/o Becket and Lee LLP,   POB 3001,   Malvern, PA 19355-0701
18989936    Centegra Hospital - McHenry,   POB 1447,   Woodstock, IL 60098-1447
18989937    Chase Bank USA NA,   PO Box 15298,   Wilmington, DE 19850-5298
18989938    Credit First,   PO Box 81083,   Cleveland, OH 44181-0083
19319764    FIA CARD SERVICES, N.A.,   4161 Piedmont Parkway,   NC4 105 03 14,   Greensboro, NC 27410
18989942    GECRB/Wallmart,   POB 965024,   Orlando, FL 32896-5024
18989943   +Heavner, Scott, Beyers & Mihlar,   POB 740,   Decatur, IL 62525-0740
18989947   +Macy's Star Rewards,   PO Box 8218,   Mason, OH 45040-8218
18989948    Menards/HSBC,   POB 5253,   Carol Stream, IL 60197-5253
19916750    Midland Funding LLC,   By its authorized agent Recoser, LLC,   25 SE 2nd Ave, Suite 1120,
             Miami, FL 33131-1605
18989950   +PNC Bank,   2730 Liberty Avenue,   Pittsburgh, PA 15222-4747
18989949    PepsiCo Leave and Claim Center,   Sedgwick CMS,   POB 14424,   Lexington, KY 40512-4424
18989951   +Universal Card/Citibank,   POB 6241,   Sioux Falls, SD 57117-6241
18989952   +Wells Fargo Dealer Service,   POB 1697,   Winterville, NC 28590-1697
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
18989939    E-mail/PDF: mrdiscen@discoverfinancial.com Jan 30 2013 02:29:48     Discover Financial Svcs,
             PO Box 15316,   Wilmington, DE 19850
19184902    E-mail/PDF: mrdiscen@discoverfinancial.com Jan 30 2013 02:29:48     Discover Bank,
             DB Servicing Corporation,   PO Box 3025,   New Albany, OH  43054-3025
19179326    E-mail/PDF: rmscedi@recoverycorp.com Jan 30 2013 02:29:04     GE Capital Retail Bank,
             c/o Recovery Management Systems Corp,   25 SE 2nd Ave Suite 1120,   Miami FL 33131-1605
18989940   +E-mail/PDF: gecrbcare@recoverycorp.com Jan 30 2013 02:21:31     GECRB/Care Credit,   POB 965036,
             Orlando, FL 32896-5036
18989941   +E-mail/PDF: gecsedi@recoverycorp.com Jan 30 2013 02:28:23     GECRB/Sams Club,   POB 965005,
             Orlando, FL 32896-5005
18989944    E-mail/Text: cio.bncmail@irs.gov Jan 30 2013 02:08:18     Internal Revenue Service,
             230 South Dearborn Street,   STOP 5013-CHI,   Chicago, IL 60604
18989945    E-mail/Text: cio.bncmail@irs.gov Jan 30 2013 02:08:18     Internal Revenue Service,
             Post Office Box 7346,   Philadelphia, PA 19101-7346
18989946   +E-mail/Text: bnckohlsnotices@becket-lee.com Jan 30 2013 02:11:12    Kohl's/CapOne,   POB 3115,
             Milwaukee, WI 53201-3115
19372238   +E-mail/Text: resurgentbknotifications@resurgent.com Jan 30 2013 02:10:14
             PYOD, LLC its successors and assigns as assignee,   of Citibank,   Resurgent Capital Services,
             PO Box 19008,   Greenville, SC 29602-9008
19916751    E-mail/PDF: rmscedi@recoverycorp.com Jan 30 2013 02:22:07
             Recovery Management Systems Corporation,   25 S.E. 2nd Avenue, Suite 1120,
             Miami, FL 33131-1605
                                                                                              TOTAL: 10

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

```
District/off: 0752-3          User: vgossett            Page 2 of 3            Date Rcvd: Jan 29, 2013
                              Form ID: pdf006           Total Noticed: 27
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jan 31, 2013**                    **Signature:**    *Joseph Speetjens*

```
District/off: 0752-3           User: vgossett              Page 3 of 3                  Date Rcvd: Jan 29, 2013
                               Form ID: pdf006             Total Noticed: 27
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 28, 2013 at the address(es) listed below:
```
              John J Carrozza    on behalf of Joint Debtor Sena B Ekberg john@joneshart.com,
               matilda@joneshart.com
              John J Carrozza    on behalf of Debtor Lerry A Ekberg john@joneshart.com,   matilda@joneshart.com
              Joseph D Olsen    Jolsenlaw@comcast.net,    IL46@ECFCBIS.com
              Joseph D Olsen    on behalf of Trustee Joseph D Olsen Jolsenlaw@comcast.net,    IL46@ECFCBIS.com
              Patrick S Layng    USTPRegion11.MD.ECF@usdoj.gov
              Wells Fargo Dealer Services    angela.soto@wachovia.com
                                                                                             TOTAL: 6
```