# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# WESTERN DIVISION

In re: EKBERG, LERRY A § Case No. 12-82198
   EKBERG, SENA B §
              §
Debtor(s) §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

  JOSEPH D. OLSEN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

  1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

  2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $115,696.00    Assets Exempt: $11,001.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $13,100.17  Claims Discharged
                Without Payment: $51,742.88

Total Expenses of Administration: $2,313.91

---

  3) Total gross receipts of $ 15,414.08 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $15,414.08 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $194,000.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 2,313.91 | 2,313.91 | 2,313.91 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 483.00 | 573.02 | 573.02 | 573.02 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 54,724.00 | 30,839.03 | 30,839.03 | 12,527.15 |
| **TOTAL DISBURSEMENTS** | $249,207.00 | $33,725.96 | $33,725.96 | $15,414.08 |

4) This case was originally filed under Chapter 7 on June 01, 2012. The case was pending for 12 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 05/21/2013      By: /s/JOSEPH D. OLSEN
                                Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| 1/3 Share in wife's father's estate. Only asset | 1129-000 | 15,414.08 |
| **TOTAL GROSS RECEIPTS** | | **$15,414.08** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | Bank of America Home Loan | 4110-000 | 50,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Wells Fargo Dealer Service | 4110-000 | 12,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Bank of America Home Loan | 4110-000 | 132,000.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$194,000.00** | **$0.00** | **$0.00** | **$0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JOSEPH D. OLSEN | 2100-000 | N/A | 2,291.41 | 2,291.41 | 2,291.41 |
| JOSEPH D. OLSEN | 2200-000 | N/A | 22.50 | 22.50 | 22.50 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | **$2,313.91** | **$2,313.91** | **$2,313.91** |

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | N/A | | $0.00 | $0.00 | $0.00 |

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 3P | Internal Revenue Service | 5800-000 | 483.00 | 573.02 | 573.02 | 573.02 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $483.00 | $573.02 | $573.02 | $573.02 |

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | GE Capital Retail Bank | 7100-000 | 1,029.00 | 1,008.86 | 1,008.86 | 409.81 |
| 2 | Discover Bank | 7100-000 | 3,698.00 | 3,643.48 | 3,643.48 | 1,480.02 |
| 3U | Internal Revenue Service | 7100-000 | 0.00 | 68.56 | 68.56 | 27.85 |
| 4 | Midland Funding | 7100-000 | N/A | 159.88 | 159.88 | 64.94 |
| 5 | GE Capital Retail Bank | 7100-000 | 2,151.00 | 2,017.65 | 2,017.65 | 819.59 |
| 6 | FIA CARD SERVICES, N.A. | 7100-000 | 11,266.00 | 7,417.18 | 7,417.18 | 3,012.94 |
| 7 | FIA CARD SERVICES, N.A. | 7100-000 | N/A | 3,937.31 | 3,937.31 | 1,599.38 |
| 8 | PYOD, LLC its successors and assigns as assignee | 7100-000 | N/A | 9,601.06 | 9,601.06 | 3,900.06 |
| 9 | Capital One, N.A. | 7100-000 | 3,149.00 | 2,985.05 | 2,985.05 | 1,212.56 |
| NOTFILED | Credit First | 7100-000 | 318.00 | N/A | N/A | 0.00 |
| NOTFILED | Centegra Hospital - McHenry | 7100-000 | 1,807.00 | N/A | N/A | 0.00 |
| NOTFILED | Chase Bank USA NA | 7100-000 | 12,991.00 | N/A | N/A | 0.00 |
| NOTFILED | Menards/HSBC | 7100-000 | 1,074.00 | N/A | N/A | 0.00 |
| NOTFILED | Macy's Star Rewards | 7100-000 | 344.00 | N/A | N/A | 0.00 |
| NOTFILED | Universal Card/Citibank | 7100-000 | 9,513.00 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | PNC Bank | 7100-000 | 426.00 | N/A | N/A | 0.00 |
| NOTFILED | PepsiCo Leave and Claim Center Sedgwick CMS | 7100-000 | 6,958.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $54,724.00 | $30,839.03 | $30,839.03 | $12,527.15 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 12-82198  
**Case Name:** EKBERG, LERRY A  
EKBERG, SENA B  
**Period Ending:** 05/21/13

**Trustee:** (330400) JOSEPH D. OLSEN  
**Filed (f) or Converted (c):** 06/01/12 (f)  
**§341(a) Meeting Date:** 07/05/12  
**Claims Bar Date:** 10/19/12

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Real estate located at 2810 Crystal Lake Road, C | 100,000.00 | 0.00 | | 0.00 | FA |
| 2 | Checking account at Chase. | 100.00 | 0.00 | | 0.00 | FA |
| 3 | Savings and checking account at Crystal Lake Ban | 10.00 | 0.00 | | 0.00 | FA |
| 4 | Savings and checking account at PNC. | 135.00 | 0.00 | | 0.00 | FA |
| 5 | Savings account at ING. | 50.00 | 0.00 | | 0.00 | FA |
| 6 | Miscellaneous household goods and furnishings | 1,800.00 | 0.00 | | 0.00 | FA |
| 7 | Clothing | 500.00 | 0.00 | | 0.00 | FA |
| 8 | Term insurance with Country Financial | 1.00 | 0.00 | | 0.00 | FA |
| 9 | 150 Shares of stock option. Debtor gets the diff | 600.00 | 0.00 | | 0.00 | FA |
| 10 | 1/3 Share in wife's father's estate. Only asset | 60,000.00 | 20,000.00 | | 15,414.08 | FA |
| 11 | 2006 Dodge Grand Caravan. Purchased in 2010. | 10,000.00 | 0.00 | | 0.00 | FA |
| 12 | 2003 Dodge Neon | 2,500.00 | 0.00 | | 0.00 | FA |
| 12 | Assets   Totals (Excluding unknown values) | **$175,696.00** | **$20,000.00** | | **$15,414.08** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**    July 31, 2013    **Current Projected Date Of Final Report (TFR):**    March 30, 2013

Printed: 05/21/2013 02:12 PM    V.13.13

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

| **Case Number:** | 12-82198 | | **Trustee:** | JOSEPH D. OLSEN (330400) |
|---|---|---|---|---|
| **Case Name:** | EKBERG, LERRY A | | **Bank Name:** | The Bank of New York Mellon |
| | EKBERG, SENA B | | **Account:** | 9200-******96-66 - Checking Account |
| **Taxpayer ID #:** | **-***9325 | | **Blanket Bond:** | $820,095.60  (per case limit) |
| **Period Ending:** | 05/21/13 | | **Separate Bond:** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 01/14/13 | {10} | First American Title Insurance Co. | sale of condo proceeds | 1129-000 | 15,414.08 | | 15,414.08 |
| 01/17/13 | | RABOBANK MIGRATION TRANSFER OUT | TRANSFER TO 0001033040088 20130117 | 9999-000 | | 15,414.08 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 15,414.08 | 15,414.08 | **$0.00** |
| | | | Less: Bank Transfers | | 0.00 | 15,414.08 | |
| | | | **Subtotal** | | **15,414.08** | **0.00** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$15,414.08** | **$0.00** | |

{} Asset reference(s)

Printed: 05/21/2013 02:12 PM    V.13.13

# Form 2

## Cash Receipts And Disbursements Record

**Case Number:** 12-82198  
**Case Name:** EKBERG, LERRY A  
EKBERG, SENA B  
**Taxpayer ID #:** **-***9325  
**Period Ending:** 05/21/13

**Trustee:** JOSEPH D. OLSEN (330400)  
**Bank Name:** Rabobank, N.A.  
**Account:** ****780266 - Checking Account  
**Blanket Bond:** $820,095.60  (per case limit)  
**Separate Bond:** N/A

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 01/18/13 | | RABOBANK MIGRATION TRANSFER IN | RABOBANK MIGRATION | 9999-000 | 15,414.08 | | 15,414.08 |
| 03/13/13 | 10101 | JOSEPH D. OLSEN | Dividend paid 100.00% on $2,291.41, Trustee Compensation;  Reference: | 2100-000 | | 2,291.41 | 13,122.67 |
| 03/13/13 | 10102 | JOSEPH D. OLSEN | Dividend paid 100.00% on $22.50, Trustee Expenses;  Reference: | 2200-000 | | 22.50 | 13,100.17 |
| 03/13/13 | 10103 | Discover Bank | Dividend paid  40.62% on $3,643.48; Claim# 2; Filed: $3,643.48; Reference: | 7100-000 | | 1,480.02 | 11,620.15 |
| 03/13/13 | 10104 | Midland Funding | Dividend paid  40.62% on $159.88; Claim# 4; Filed: $159.88; Reference: | 7100-000 | | 64.94 | 11,555.21 |
| 03/13/13 | 10105 | PYOD, LLC its successors and assigns as assignee | Dividend paid  40.62% on $9,601.06; Claim# 8; Filed: $9,601.06; Reference: | 7100-000 | | 3,900.06 | 7,655.15 |
| 03/13/13 | 10106 | Capital One, N.A. | Dividend paid  40.62% on $2,985.05; Claim# 9; Filed: $2,985.05; Reference: | 7100-000 | | 1,212.56 | 6,442.59 |
| 03/13/13 | 10107 | FIA CARD SERVICES, N.A. | Combined Check for Claims#6,7 | | | 4,612.32 | 1,830.27 |
| | | | Dividend paid 40.62%    3,012.94 on $7,417.18;  Claim# 6; Filed: $7,417.18 | 7100-000 | | | 1,830.27 |
| | | | Dividend paid 40.62%    1,599.38 on $3,937.31;  Claim# 7; Filed: $3,937.31 | 7100-000 | | | 1,830.27 |
| 03/13/13 | 10108 | GE Capital Retail Bank | Combined Check for Claims#1,5 | | | 1,229.40 | 600.87 |
| | | | Dividend paid 40.62%    409.81 on $1,008.86;  Claim# 1; Filed: $1,008.86 | 7100-000 | | | 600.87 |
| | | | Dividend paid 40.62%    819.59 on $2,017.65;  Claim# 5; Filed: $2,017.65 | 7100-000 | | | 600.87 |
| 03/13/13 | 10109 | Internal Revenue Service | Combined Check for Claims#3U,3P | | | 600.87 | 0.00 |
| | | | Dividend paid 40.62%    27.85 on $68.56;  Claim# 3U; Filed: $68.56 | 7100-000 | | | 0.00 |
| | | | Dividend paid 100.00%    573.02 on $573.02;  Claim# 3P; Filed: $573.02 | 5800-000 | | | 0.00 |

Subtotals :    $15,414.08    $15,414.08

{} Asset reference(s)  
Printed: 05/21/2013 02:12 PM    V.13.13

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 3

| Case Number: | 12-82198 | | Trustee: | JOSEPH D. OLSEN (330400) |
|---|---|---|---|---|
| Case Name: | EKBERG, LERRY A | | Bank Name: | Rabobank, N.A. |
| | EKBERG, SENA B | | Account: | ****780266 - Checking Account |
| Taxpayer ID #: | **-***9325 | | Blanket Bond: | $820,095.60  (per case limit) |
| Period Ending: | 05/21/13 | | Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| | | | **ACCOUNT TOTALS** | | 15,414.08 | 15,414.08 | **$0.00** |
| | | | Less: Bank Transfers | | 15,414.08 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 15,414.08 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$15,414.08** | |

| | | |
|---|---|---|
| Net Receipts : | 15,414.08 | |
| Net Estate : | $15,414.08 | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # 9200-******96-66** | 15,414.08 | 0.00 | 0.00 |
| **Checking # ****780266** | 0.00 | 15,414.08 | 0.00 |
| | $15,414.08 | $15,414.08 | $0.00 |